In the Matter of the Claim of ABRAHAM PUSCHETT, Appellant, against PLAYLAND PARK, INC., et al., Respondents.

STATE INDUSTRIAL BOARD, Respondent.

Argued October 4, 1945; decided October 26, 1945.

*Abraham Kaplan* for appellant.

*George J. Hayes* and *Bernard Katzen* for Playland Park, Inc., and State Insurance Fund, respondents.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.